IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01551-WYD-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 75.70.3.45,

     Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed August 20, 2013 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 13), it is

ORDERED that Defendant John Doe, Subscriber Assigned IP Address 75.70.3.45, is **DISMISSED WITH PREJUDICE** and this case is terminated.

Dated:  August 22, 2013

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Senior United States District Judge